UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHERYL BOWEN,

    Plaintiff,

v.                               Case No. 8:08-cv-766-T-30EAJ

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Motion to Remand (Dkt. #14). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Defendant's Motion to Remand (Dkt. #14) is GRANTED.

2. This cause is remanded for further administrative action in this case.

3. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 23, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2008\08-cv-766.remand 14.wpd